UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Don Dolan,<br><br>          Plaintiff,<br><br>     v.<br><br>Oliphant USA, LLC; and DOES 1 through 100 inclusive,<br><br>          Defendants. | CASE NO. 5:23-cv-00252-OLG |

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT OLIPHANT USA, LLC'S OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

TO THE PARTIES, COUNSEL, AND THE COURT:

Plaintiff Don Dolan ("Plaintiff"), through his undersigned counsel, hereby accepts Defendant Oliphant USA, LLC's ("Defendant") Rule 68 Offer of Judgment, which was served on Plaintiff on April 19, 2023, electronically, in the amount of $6,000.00, including attorneys' fees, costs, and damages of all kinds. Said Offer of Judgment is attached hereto as Exhibit A.

Plaintiff hereby requests that the Court enter an Order of Judgment consistent with the accepted Rule 68 offer in accordance with the provisions of Federal Rule of Civil Procedure 68.

Dated: April 22, 2023

SCHUMACHER LANE PLLC

*/s/ Kyle Schumacher*
Kyle Schumacher
P.O. Box 558
Spring Branch, TX 78070
503-482-8137 ph
210-783-1383 fax
kyle@schumacherlane.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served on April 22, 2023, to counsel for Defendant at the following:

Patrick A. Watts
pwatts@mamlaw.com
Matthew J. Bell
mbell@mamlaw.com
Attorneys for Defendant Oliphant USA, LLC

Dated: April 22, 2023                   _/s/ Kyle Schumacher_
                                                          Kyle Schumacher

# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DON DOLAN,<br><br>    Plaintiff,<br><br>v.<br><br>OLIPHANT USA, LLC, *et al.*<br><br>    Defendant. | CASE NO. 5:23-cv-00252-OLG<br><br>OFFER OF JUDGMENT |

**OLIPHANT USA, LLC'S OFFER OF JUDGMENT PURSUANT TO FED R. CIV. P. 68**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Oliphant USA, LLC, hereby offers to allow judgment to be entered against it in this action in the following manner: a total of six thousand dollars ($6,000.00) paid by Defendant to Plaintiff for full resolution of all claims of Plaintiff, including attorneys' fees, costs, and damages of all kinds.

[SIGNAURES AND SERVICE ON FOLLOWING PAGE]


Dated: April 19, 2023                              Respectfully Submitted,

**MARTIN LYONS WATTS MORGAN PLLC**

*Attorneys for Defendant*

By: /s/ PATRICK A. WATTS
Patrick A. Watts, Mo. Bar No. 61701
1200 S. Big Bend Blvd.
St. Louis, Missouri 63117
pwatts@mamlaw.com
P: (314) 669-5490
F: (888) 632-6937

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via email on April 19, 2023, to counsel for Plaintiff at:

Kyle Schumacher
Kyle@schumacherlane.com
*Counsel for Plaintiff*

By: /s/ PATRICK A. WATTS