**FILED**
May 05, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____PT_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DON DOLAN | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) CIVIL NO. SA-23-CV-252-OLG |
| | ) |
| OLIPHANT USA, LLC | ) |
| | ) |
| Defendant | ) |

## ORDER

Pursuant to Fed. R. Civ. P. 68, Defendant Oliphant USA, LLC made an offer of judgment on April 19, 2023. Docket no. 7. Plaintiff Don Dolan timely accepted the offer of judgment. Docket no. 7. Pursuant to the rule, "the clerk must then enter judgment." Fed. R. Civ. P. 68(a).

It is therefore ORDERED that the parties submit a proposed form of judgment for entry in this case within 14 days from the date below.

It is so ORDERED this 5th day of May, 2023.

ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE